UNITED STATES OF AMERICA,

                    Plaintiff,

- against -                                    ORDER OF REFERRAL

Cean Wade                                      05 CR 739 (FB)

                    Defendant.
------------------------------------------X

The defendant, _____ ABOVE _____, having asked for

permission to enter a plea of guilty and having consented to have a United States

Magistrate Judge hear the application, the matter is referred to Magistrate Judge

__Mann__ to administer the allocution pursuant to Fed.R.Cr.P. 11 and to

make a finding as to whether the plea is knowingly and voluntarily made and not

coerced, and to make a recommendation as to whether the plea of guilty should be

accepted.

          SO ORDERED.

Dated:  Brooklyn, New York
          __10\5\2001__

                                   _____
                                   FREDERIC BLOCK
                                   United States District Judge

CONSENTED TO:

_____
Defendant (signature)

_____
Attorney for Defendant (signature)